**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6300**

| | |
|---|---|
| **BRIEFING.COM, INC.** ) <br> a Delaware corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARKET VALUATION** ) <br> **INSTITUTE, LLC** ) <br> a Delaware limited liability company. ) <br> ) <br> Defendant. ) <br> _____) | Case No. _____ <br><br> **JUDGE BUCKLO** <br> **MAGISTRATE JUDGE ASHMAN** <br><br> **JURY TRIAL DEMANDED** <br> **J.N.** |

## COMPLAINT

Plaintiff, Briefing.com, Inc. (DE Corp.), (hereinafter "Plaintiff"), by and through its attorneys, for its complaint against Market Valuation Institute, LLC (DE Limited Liability Company, "Defendant"), alleges as follows:

## NATURE OF ACTION

1.     This is an action for trademark infringement and unfair competition in violation of Sections 32 and 43(a) of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114 and 1125(a), and Illinois law.

2.     Plaintiff seeks an injunction prohibiting Defendant from using trademarks (i.e., FUTURESBRIEFING and FUTURESBRIEFING.COM) that are confusingly similar to Plaintiff's BRIEFING.COM and family of trademarks based on the element BRIEFING. Plaintiff also seeks enhanced monetary damages and profits and reasonable costs and attorneys' fees.

## JURISDICTION AND VENUE

3. Jurisdiction is conferred on this Court by 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1338(a) (any action of Congress relating to trademarks); 28 U.S.C. § 1338(b) (action asserting a claim of unfair competition joined with a substantial and related claim under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction). Venue is proper in this district under 28 U.S.C. § 1391.

4. This Court has personal jurisdiction over Defendant and venue is proper in this district because: (a) Defendant conducts business in this district; (b) Defendant resides in this district; and (c) some of Defendant's acts giving rise to the claims set forth herein occurred in this district.

## THE PARTIES

5. Plaintiff is a corporation existing under the laws of the State of Delaware. Plaintiff's principal place of business is located in Chicago, Illinois.

6. Market Valuation Institute, LLC is a limited liability company existing under the laws of the State of Delaware, with its principal place of business in Allentown, PA.

## CONDUCT GIVING RISE TO THIS ACTION

7. Since at least as early as 1995, Plaintiff has continuously used the mark BRIEFING.COM for its on-line financial information and analysis services. Plaintiff changed its corporate name to Briefing.com in 1999.

8. Plaintiff owns a family of "BRIEFING" trademarks, including BRIEFING.COM, BRIEFING.COM & Design, BRIEFINGTRADER, and BRIEFING TV (the "BRIEFING Family of Marks"). Briefing.com holds the following federal trademark registrations for its marks: U.S. Reg. No. 2,158,060 (BRIEFING.COM), U.S. Reg. No. 2,251,250 (BRIEFING.COM & DESIGN), and U.S. Reg. No. 3,140,523 (BRIEFINGTRADER).

Briefing.com has filed an application to obtain federal registration of its mark BRIEFING TV, U.S. Serial No. 77/186,730.

9. Long after Plaintiff's first use of BRIEFING.COM, its adoption of the Briefing.com trade name, and its development of the BRIEFING Family of Marks, Defendant commenced use of the marks FUTURESBRIEFING and FUTURESBRIEFING.COM in connection with on-line financial information and analysis services.

10. Defendant's use of the marks FUTURESBRIEFING and FUTURESBRIEFING.COM creates a likelihood of confusion with Plaintiff's BRIEFING.COM mark and trade name and BRIEFING Family of Marks.

11. Defendant's use of trademarks confusingly similar to Plaintiff's marks for the same services offered by Plaintiff constitutes deliberate trademark infringement.

12. Plaintiff has been damaged and Defendant has been unjustly enriched from its unauthorized use of the confusingly similar marks FUTURESBRIEFING and FUTURESBRIEFING.COM.

13. Plaintiff has been irreparably injured by Defendant's conduct alleged herein.

## COUNT I

### Trademark Infringement Under the Lanham Act

14. Plaintiff incorporates by reference and realleges, as if fully set forth herein, paragraphs 1-13 of this Complaint.

15. Despite having knowledge of Plaintiff's federal statutory rights in the trademark BRIEFING.COM and other members of its BRIEFING Family of Marks, Defendant is using FUTURESBRIEFING and FUTURESBRIEFING.COM in connection with on-line financial information and analysis services.

CHI99 4896004-1.062121.0031

16. Defendant's use of FUTURESBRIEFING and FUTURESBRIEFING.COM is likely to cause confusion, mistake and deception with Plaintiff's federally registered mark BRIEFING.COM and other federally registered members of the BRIEFING Family of Marks for on-line financial information and analysis services, and thus constitutes trademark infringement in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114.

17. On information and belief, Defendant's acts are a willful and deliberate attempt to trade on the goodwill and reputation of Plaintiff's trademark BRIEFING.COM.

18. Defendant's conduct is willful because Defendant continues to use Plaintiff's federally registered mark despite having actual notice of Plaintiff's rights in that mark.

19. Plaintiff has been, and continues to be, irreparably injured by Defendant's conduct. Unless Defendant is enjoined, Plaintiff will suffer further irreparable injury for which it has no adequate remedy at law.

## COUNT II

### Unfair Competition and False Designation of Origin Under the Lanham Act

20. Plaintiff incorporates by reference and realleges, as if fully set forth herein, paragraphs 1-19 of this Complaint.

21. Defendant's conduct, as described above, constitutes unfair competition and false designation of origin because it is likely to cause confusion, mistake or deception or to deceive as to the origin, sponsorship, or approval of Defendant's goods and services in violation of §43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

22. Defendant's use of FUTURESBRIEFING.COM and FUTURESBRIEFING as marks violates § 43(a) of the Lanham Act because it is likely to cause confusion, mistake or

CHI99 4896004-1.062121.0031

deception that Defendant's on-line financial information and analysis services originated from or are sponsored, endorsed or approved by or otherwise connected with Plaintiff.

23. Defendant's wrongful conduct has deprived Plaintiff of the right to control the reputation and goodwill associated with its BRIEFING.COM mark and the BRIEFING Family of Marks.

24. Defendant's acts have been willful and deliberate.

25. Plaintiff has been, and continues to be, irreparably injured by Defendant's violation of this statute. Unless Defendant is enjoined, Plaintiff will suffer further irreparable injury for which it has no adequate remedy at law.

## COUNT III

### Illinois Consumer Fraud and Deceptive Business Practices Act

26. Plaintiff incorporates by reference and realleges, as if fully set forth herein, paragraphs 1-25 of this Complaint.

27. Defendant's conduct, as described herein, constitutes unfair methods of competition and unfair and deceptive practices by employing confusing, deceptive and false designations of origin, source, affiliation and/or sponsorship in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*

28. Defendant's acts have been willful and deliberate.

29. Plaintiff has been, and continues to be, irreparably injured by Defendant's violation of this statute. Unless Defendant is enjoined, Plaintiff will suffer further irreparable injury for which it has no adequate remedy at law.

## COUNT IV

### Illinois Uniform Deceptive Trade Practices Act

CHI99 4896004-1.062121.0031

30.     Plaintiff incorporates by reference and realleges, as if fully set forth herein, paragraphs 1-29 of this Complaint.

31.     Defendant's conduct, as described herein, constitutes deceptive trade practices, causing a likelihood of confusion as to the origin, source, sponsorship, and/or approval of Defendant's goods and services, and/or causing likelihood of confusion or misunderstanding as to the affiliation, connection or association between Plaintiff and/or Plaintiff's trademark BRIEFING.COM and Defendant's FUTURESBRIEFING and FUTURESBRIEFING.COM trademarks in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq*.

32.     Defendant's acts have been willful and deliberate.

33.     Plaintiff has been, and continues to be, irreparably injured by Defendant's violation of this statute.  Unless Defendant is enjoined, Plaintiff will suffer further irreparable injury for which it has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court grant the following relief:

1.     A preliminary and permanent injunction enjoining Defendant, its employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, and successors and assigns, and all those in active concert therewith or having knowledge thereof, from using FUTURESBRIEFING and FUTURESBRIEFING.COM, alone or in combination with any other word(s), term(s), designation(s), mark(s), and or design(s), as well as all confusingly similar marks.

2.     An order directing Defendant to deliver all goods and materials in its possession, custody, or control which bear "FUTURESBRIEFING" and/or "FUTURESBRIEFING.COM" to the Plaintiff for destruction.

CHI99 4896004-1.062121.0031

3. An order directing Defendant to cease use of the domain name "futuresbriefing.com" and withdraw its registration of the domain name "futuresbriefing.com" or transfer same to Plaintiff.

4. An order directing Defendant to file with the Court and serve upon counsel for Plaintiff within thirty (30) days after entry of judgment, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the judgment.

5. An order awarding to Plaintiff actual damages and an accounting of Defendant's profits, including all statutory enhancements and other enhancements as provided by 15 U.S.C. § 1117 and the laws of Illinois, as well as punitive damages under the laws of Illinois.

6. An order awarding to Plaintiff prejudgment and post-judgment interest.

7. An award of Plaintiff's costs and expenses, including, without limitation, reasonable attorneys' fees as provided by 15 U.S.C. § 1117 and the laws of Illinois; and

8. All other relief, in law or equity, to which Plaintiff is entitled, or which the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial for all matters triable by jury.

Respectfully submitted,

BRIEFING.COM, INC.

Dated and filed via ECF  
This 6th Day of November, 2007

/s/ Michelle C. Burke  
By:   Attorneys for the Plaintiff  
Michelle C. Burke (ARDC No. 6,185,169)  
Tiffini D.S. Hines (ARDC No. 6,285,185)  
McDERMOTT WILL & EMERY LLP  
227 West Monroe Street, #4400  
Chicago, Illinois 60606-5096  
Tel.: 312.372.2000  
Fax: 312.984.7700

CHI99 4896004-1.062121.0031