**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6300**

| | | |
|---|---|---|
| **BRIEFING.COM, INC.** a Delaware corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. _____ ~~JUDGE BUCKLO~~ |
| **MARKET VALUATION INSTITUTE, LLC** a Delaware limited liability company. | ) ) ) ) ) | **MAGISTRATE JUDGE ASHMAN** **JURY TRIAL DEMANDED** **J.N.** |
| Defendant. | ) ) | |

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

**In compliance with Local Rule 3.2,** and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BRIEFING.COM, INC. ("Briefing.com") certifies that Briefing.com is a privately held company, has no parent corporation, and no publicly held company owns 10% or more of Briefing.com stock.

Respectfully submitted,
BRIEFING.COM, INC.

Dated and filed via ECF
This 6th Day of November, 2007

  /s/ Michelle C. Burke
By:    Attorneys for the Plaintiff
Michelle C. Burke (ARDC No. 6,185,169)
Tiffini D.S. Hines (ARDC No. 6,285,185)
McDERMOTT WILL & EMERY LLP
227 West Monroe Street, #4400
Chicago, Illinois  60606-5096
Tel.: 312.372.2000
Fax: 312.984.7700

CHI99 4902179-1.062121.0031