**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6300

JUDGE BUCKLO
MAGISTRATE JUDGE ASHMAN

J.N.

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BRIEFING.COM, INC., a Delaware corporation, Plaintiff v. MARKET VALUATION INSTITUTE, LLC, a Delaware limited liability company, Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRIEFING.COM, INC.

| | |
|---|---|
| NAME (Type or print) Tiffini D.S. Hines | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Tiffini D.S. Hines | |
| FIRM McDermott Will & Emery LLP | |
| STREET ADDRESS 227 West Monroe Street | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6185169 | TELEPHONE NUMBER 312.984.7761 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |