UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIEFING.COM, INC. <br> a Delaware corporation | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No.   07 C 6300 <br> Judge Bucklo |
| MARKET VALUATION <br> INSTITUTE, LLC <br> a Delaware limited liability company. | ) <br> ) <br> ) <br> ) | Magistrate Judge Ashman |
| Defendant. | ) <br> ) | |

## NOTICE OF RULE 41(a) VOLUNTARY DISMISSAL BY PLAINTIFF

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Briefing.com, Inc., by and through its attorneys McDermott, Will & Emery, hereby voluntarily dismisses the above-captioned matter, without prejudice, and without the assessment of costs or attorney's fees against either party.

Date:  February 8, 2008                    Respectfully submitted,

Filed via ECF                     _/s/ Michelle C. Burke_____
                                  By:    Attorneys for the Plaintiff

                                  Michelle C. Burke (ARDC No. 6,185,169)
                                  Tiffini D.S. Hines (ARDC No. 6,285,185)
                                  McDERMOTT WILL & EMERY LLP
                                  227 West Monroe Street, #4400
                                  Chicago, Illinois  60606-5096
                                  Tel.: 312.372.2000
                                  Fax: 312.984.7700

## **CERTIFICATE OF SERVICE**

I, Michelle C. Burke, an attorney, hereby certify that I served or caused to be served a copy of the foregoing **Notice of Rule 41(a) Voluntary Dismissal by Plaintiff** to the following on February 8, 2008:

**Via Facsimile:**
Megan D. Dalton, Esquire
Tallman, Hudders & Sorrentino, P.C.
The Paragon Centre, Suite 300
1611 Pond Road
Allentown, PA 18104-2256
Telephone: 610-391-1800
Fax: 610-391-1805

/s/ Michelle C. Burke
Michelle C. Burke

CHI99 4940068-1.062121.0031